

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2021

No. 04-21-00261-CV

**IN THE MATTER OF K.A.E.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2021JUV00067
Honorable Jacqueline Herr-Valdez, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 10, 2021 and was not filed. On August 23, 2021, appellant filed a motion requesting a three-week extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by September 14, 2021.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

